**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-13883

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ROY FRANCIS LABARE,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:25-cr-00129-JA-LHP-1

_____

Before JILL PRYOR, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

Joseph C. Flynn, appointed counsel for Roy Francis Labare in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders*

2                    Opinion of the Court                  25-13883

*v. California*, 386 U.S. 738 (1976).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Labare's convictions and sentence are **AFFIRMED**.